

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CHARLES EGBERT CLARKE<br>A# 039-059-578 | CIVIL ACTION NO. 11-cv-1596<br>SECTION P |
| VS. | JUDGE TRIMBLE |
| ERIC H. HOLDER, JR., ET AL | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this Petition be DENIED AND DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 28th day of November, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE